COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-18-00170-CV |
| Style: | Terry Neff and Iron Workers Mid-South Pension Fund v. Nicholas F. Brady, David J. Butters, William E. Macaulay, Robert B. Millard, Robert K Moses, Jr., Robert A. Rayne, Bernard J. Duroc-Danner and Bruce M. Martin, and Weatherford International LTD., a Swiss corporation |
| Date motion filed: | June 22, 2018 |
| Type of motion: | Unopposed Motion for Leave to File Amended Appellants' Brief |
| Party filing motion: | Appellants |

Is appeal accelerated?     Yes

If motion to extend time:

Original due date: _____

Number of previous extensions granted: _____     Current Due date: _____

Date Requested: _____

Ordered that motion is:

☑ **Granted**

    If document is to be filed, document due: _____

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

Appellants' unopposed motion for leave to file an amended appellants' brief is granted. The Clerk of this Court received and filed appellant's amended brief on June 22, 2018. Appellees' brief remains due on July 11, 2018.

Judge's signature: _/s/ Terry Jennings_____

    ☑ Acting individually      ☐ Acting for the Court

Date: _June 28, 2018_____